*E-FILED: November 13, 2012*

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| DAVID WYNN MILLER; LOURDES O. TANJOCO,<br><br>    Plaintiffs,<br><br>  v.<br><br>MORTGAGE INVESTORS GROUP; CHARLES E. TONKIN, III,<br><br>    Defendants. | No. C12-04764 HRL<br><br>**ORDER TO SHOW CAUSE WHY THIS CASE SHOULD NOT BE DISMISSED FOR FAILURE TO PROSECUTE** |

This matter was set for a November 13, 2012 initial case management conference. Plaintiffs failed to appear, and there has been no activity on the docket since the complaint was filed on September 12, 2012.

Accordingly, plaintiffs shall appear before this court in person on **December 4, 2012, 10:00 a.m.**, Courtroom 2, Fifth Floor, 280 South First Street, San Jose, California and show cause why this case should not be dismissed for their apparent inattention to this matter.

SO ORDERED.

Dated: November 13, 2012

_____
HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE

1    5:12-cv-04764-HRL Notice sent by U.S. mail to:

2    David Wynn Miller
     5166 North 63rd Street
3    Milwaukee, WI 53218

4    Lourdes O. Tanjoco
     3064 San Andreas Drive
5    Union City, CA 94587

6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28