**United States District Court**
For the Northern District of California

1

2                                              *E-FILED:  December 4, 2012*

3

4

5

6

7                                  NOT FOR CITATION

8                    IN THE UNITED STATES DISTRICT COURT

9                  FOR THE NORTHERN DISTRICT OF CALIFORNIA

10                                  SAN JOSE DIVISION

11   DAVID WYNN MILLER; LOURDES O.            No. C12-04764 HRL
     TANJOCO,
12                                            **ORDER THAT CASE BE REASSIGNED**
              Plaintiffs,                     **TO A DISTRICT JUDGE**
13
       v.                                     **REPORT AND RECOMMENDATION RE**
14                                            **DISMISSAL WITHOUT PREJUDICE**
     MORTGAGE INVESTORS GROUP;
15   CHARLES E. TONKIN, III,

16            Defendants.
     _____/
17

18        This matter was set for a November 13, 2012 initial case management conference.

19   Plaintiffs failed to appear.  This court issued an order directing them to appear on December 4,

20   2012 and show cause why this case should not be dismissed for their apparent inattention to it.

21   Plaintiffs did not appear for the show cause hearing, and they have not otherwise responded to

22   the show cause order.

23        Accordingly, the Clerk of the Court shall reassign this case to a District Judge, and the

24   undersigned recommends that the instant action be dismissed without prejudice for failure to

25   prosecute.  FED. R. CIV. P. 41(b).

26        Any party may file objections to this report and recommendation with the District Judge

27

28

within fourteen days after being served with a copy.  28 U.S.C. § 636(b)(1); Fed. R. Civ. P.

72(b).

        SO ORDERED.

Dated: December 4, 2012



_____
HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE

**United States District Court**
For the Northern District of California

2

1    5:12-cv-04764-HRL Notice sent by U.S. mail to:

2    David Wynn Miller
     5166 North 63rd Street
3    Milwaukee, WI 53218

4    Lourdes O. Tanjoco
     3064 San Andreas Drive
5    Union City, CA 94587

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**United States District Court**
For the Northern District of California