*E-FILED: December 4, 2012*

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| DAVID WYNN MILLER; LOURDES O. TANJOCO,<br><br>   Plaintiffs,<br><br> v.<br><br>MORTGAGE INVESTORS GROUP; CHARLES E. TONKIN, III,<br><br>   Defendants. | No. C12-04764 HRL<br><br>**ORDER THAT CASE BE REASSIGNED TO A DISTRICT JUDGE**<br><br>**REPORT AND RECOMMENDATION RE DISMISSAL WITHOUT PREJUDICE** |

This matter was set for a November 13, 2012 initial case management conference. Plaintiffs failed to appear. This court issued an order directing them to appear on December 4, 2012 and show cause why this case should not be dismissed for their apparent inattention to it. Plaintiffs did not appear for the show cause hearing, and they have not otherwise responded to the show cause order.

Accordingly, the Clerk of the Court shall reassign this case to a District Judge, and the undersigned recommends that the instant action be dismissed without prejudice for failure to prosecute. FED. R. CIV. P. 41(b).

Any party may file objections to this report and recommendation with the District Judge

1  within fourteen days after being served with a copy.  28 U.S.C. § 636(b)(1); Fed. R. Civ. P.
2  72(b).
3      SO ORDERED.
4  Dated: December 4, 2012

HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE

1   5:12-cv-04764-HRL Notice sent by U.S. mail to:

2   David Wynn Miller
    5166 North 63rd Street
3   Milwaukee, WI 53218

4   Lourdes O. Tanjoco
    3064 San Andreas Drive
5   Union City, CA 94587

6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**United States District Court**
For the Northern District of California